UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS YOUNG, Derivatively on Behalf of Nominal Defendant PACIRA BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK D. LEE, DAVID STACK, ANTHONY MOLLOY, III, LAURA BREGE, MARCELO BIGAL, ABRAHAM CEESAY, CHRISTOPHER J. CHRISTIE, MARK I. FROIMSON, MICHAEL YANG, MARK A. KRONENFELD, ALETHIA YOUNG, PAUL HASTINGS, ANDREAS WICKI, and GARY W. PACE, <br><br> Defendants, <br><br> and <br><br> PACIRA BIOSCIENCES, INC. <br><br> Nominal Defendant. | Case No. 2:25-cv-11841-SRC-CLW <br><br> **STIPULATION AND ORDER TO STAY DERIVATIVE ACTION** <br><br> Judge: Hon. Stanley R. Chesler <br> Magistrate Judge Cathy L. Waldor |

This stipulation is entered by and between plaintiff Thomas Young (the "Plaintiff"), defendants Frank D. Lee, David Stack, Anthony Molloy, III, Laura Brege, Marcelo Bigal, Abraham Ceesay, Christopher J. Christie, Mark I. Froimson, Michael Yang, Mark A. Kronenfeld, Alethia Young, Paul Hastings, Andreas Wicki, and Gary W. Pace (the "Individual Defendants"), and nominal defendant Pacira Biosciences, Inc. ("Pacira" or the "Company" and, with the Individual Defendants, "Defendants," and with the Plaintiff, the "Parties"), the parties to the above-captioned case (the "Derivative Action"), by and through their counsel of record. In support of the stipulation, the Parties state as follows:

**WHEREAS**, on June 16, 2025, Plaintiff commenced the Derivative Action purportedly on behalf of Pacira against the Individual Defendants alleging, *inter alia*, violations of federal law and breaches of fiduciary duty;

**WHEREAS**, a related putative securities class action, filed on January 13, 2025, captioned *Alvarez v. Pacira Biosciences, Inc. et al.*, Case No. 2:25-cv-00322-SRC-CLW (D.N.J.) (the "Securities Class Action"), is currently pending in this Court against, *inter alia*, Pacira and some of the Individual Defendants;

**WHEREAS**, there is substantial overlap between the facts and circumstances alleged in the Derivative Action and those underlying the Securities Class Action, including that nearly all of the defendants in the Securities Class Action are also named as Defendants in the Derivative Action;

**WHEREAS**, the defendants in the Securities Class Action anticipate filing a motion to dismiss the Securities Class Action for failure to state a claim; and

**WHEREAS**, in order to ensure economy of time and effort for the Court, for counsel, and for litigants, Plaintiff and Defendants have agreed that, in light of the overlap between the Derivative Action and the Securities Class Action, the Derivative Action should be temporarily stayed on the terms set forth below unless and until either (1) the Securities Class Action is dismissed, with prejudice, and all appeals thereto have been exhausted; (2) the motion to dismiss the Securities Class Action is denied; or (3) one of the Parties successfully moves to lift the stay.

**THEREFORE**, the Parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. To the extent they have not already been served, Defendants hereby waive service of the complaint in the Derivative Action.

2. All proceedings and deadlines in the Derivative Action, including any obligation to answer, move against, or otherwise respond to any complaint filed in the Derivative Action, are hereby stayed pending the final resolution of the anticipated motion to dismiss in the Securities Class Action, which shall mean the earlier of (i) an order or ruling in the Securities Class Action granting any motion to dismiss with prejudice, including the exhaustion of all appeals therefrom; or (2) the denial of any motion to dismiss the Securities Class Action, in whole or in part, including the exhaustion of all appeals therefrom.

3. Defendants will promptly notify Plaintiff's counsel of any derivative action that arises from substantially the same facts, and asserts claims substantially similar to the Derivative Action ("Related Derivative Action") of which Defendants become aware, and Defendants will promptly notify Plaintiff in the event any Related Derivative Action is not stayed for a similar or longer duration.

4. Plaintiff shall have the option to terminate the stay if a Related Derivative Action is not stayed for a similar or longer duration by giving fourteen (14) days' notice in writing to the undersigned Counsel for Defendants via email.

5. The Parties agree that, notwithstanding this stay of this Derivative Action, Plaintiff may file an amended complaint; however, Defendants need not answer or otherwise respond to any complaint that is filed in or consolidated with the above-captioned action during the pendency of this stay.

6. If and when the stay of this action is lifted, the Parties shall, within thirty (30) days, submit a proposed schedule for Defendants' response(s) to the complaint.

7. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to any of the Parties in this action.

**IT IS SO STIPULATED**

**RIGRODSKY LAW, P.A.**

DATED: 8/28/25        By:   */s/ Gina M. Serra*
Gina M. Serra (#017952009)
Samir Aougab
825 Garden City, NY 11530
Tel. (516) 683-3516
Fax. (302) 654-7530
Email: gms@rl-legal.com
Email: sa@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff Thomas Young*

**LATHAM & WATKINS, LLP**

DATED: 8/28/25        By:   */s/ Kevin M. McDonough*
Kevin M. McDonough
Jooyoung Yeu
1271 Avenue of the Americas
New York, NY 10020
Tel. (212) 906-1200
Fax. (212) 751-4864
Email: kevin.mcdonough@lw.com
Email: jooyoung.yeu@lw.com

*Counsel for Defendants and Nominal Defendant*

Pursuant to Stipulation, **IT IS SO ORDERED**

DATED: August 29, 2025               *s/* Stanley R. Chesler, U.S.D.J.

                                                              The Hon. Stanley R. Chesler